IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>WAYNE F. GRAP,<br><br>　　　　　　　　Defendant. | 8:17-po-2<br><br>INFORMATION<br><br>38 C.F.R. § 1.218(a)(5) and (b)(44)<br>38 C.F.R. § 1.218(a)(5) and (b)(11) |

The United States Attorney charges:

## COUNT I

On or about the 28th day of July, 2017, in the District of Nebraska, the defendant, WAYNE F. GRAP, did engage in disorderly and disruptive conduct and activity, including unlawful sexual activity, at the VA Medical Center in Omaha, Nebraska.

In violation of Title 38, C.F.R., Section 1.218(a)(5) and (b)(44).

## COUNT II

On or about the 28th day of July, 2017, in the District of Nebraska, the defendant, WAYNE F. GRAP, did engage in disorderly and disruptive conduct and activity, including the use of abusive and improper language, at the VA Medical Center in Omaha, Nebraska.

In violation of Title 38, C.F.R., Section 1.218(a)(5) and (b)(11).

　　　　　　　　　　　　　　　　UNITED STATES OF AMERICA,
　　　　　　　　　　　　　　　　Plaintiff

　　　　　　　　　　　　　　　　DONALD J. KLEINE
　　　　　　　　　　　　　　　　Acting United States Attorney
　　　　　　　　　　　　　　　　District of Nebraska

　　　　　　　　By:　_____
　　　　　　　　　　　　　　　　DONALD J. KLEINE, #22669
　　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　　1620 Dodge Street, Suite 1400
　　　　　　　　　　　　　　　　Omaha, NE 68102-1506
　　　　　　　　　　　　　　　　Tel: (402) 661-3700
　　　　　　　　　　　　　　　　Fax: (402) 661-3084

1

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

DONALD J. KLEINE
Assistant U.S. Attorney