IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>WAYNE F. GRAP,<br><br>　　　　　　Defendant. | **WITNESS LIST**<br><br>Case No.　8:17PO2<br>Deputy:　　Mary Beth McFarland<br>Reporter:　Digital Recorder<br>Date:　　　November 27, 2017 |
|---|---|

FOR PLAINTIFF:

| Name | Date |
|---|---|
| Cathleen Watts | November 27, 2017 |
| Susan Hardwick | November 27, 2017 |
| Korey Deshon Jones | November 27, 2017 |

FOR DEFENDANT:

| Name | Date |
|---|---|
|  |  |
|  |  |