## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **8:17PO2** |
| vs. | |
| WAYNE F. GRAP, | JUDGMENT |
| Defendant. | |

The defendant, having entered a plea of not guilty to Counts I and II of the Information, and the Court having found that the defendant is not guilty (pursuant to the oral findings made by the Court as required by Fed. R. of Crim. P. 23(c)), as to Counts I and II of the Information, accordingly,

IT IS ORDERED that judgment of not guilty is hereby entered as to all counts of the Information and the defendant is discharged.

DATED this 30th day of November, 2017.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge